UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00200-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BILLY DARRYL FLOYD, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's recent *pro se* filings, including a "Hold Harmless and Indemnity Agreement" (ECF #15) and Miscellaneous Documents (ECF #17) related to the defendant's "Notice of Status" as a "Pre-1933 Private Citizen of the United States." These pleadings are frivolous and to the extent they could be viewed as motions they are non-justiciable as defendant is represented by counsel. L.Cr.R. 47.1(H).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the defendant's citizenship claims made in his Declaration of Status (ECF #17) and the "Hold Harmless and Indemnity Agreement" (ECF #15) are frivolous pleadings and to the extent they can be considered motions, they are DENIED as provided in L.Cr.R. 47.1(H).

Signed: September 29, 2016



Max O. Cogburn Jr
United States District Judge

-1-