UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00200-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BILLY DARRYL FLOYD, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the defendant's *pro se* filings in this case (#33, #34, & #35) and the government's Motion for *Lafler* Hearing (#29) and Motion for Peremptory Trial Date (#30).

As defendant is currently represented by court-appointed counsel, his substantive *pro se* motions (#33 & #35) will be denied in accordance with LCrR 47.1. As discussed at the motions hearing on March 20, 2017, the Court will address the *pro se* letter (#34) concerning continued representation after defendant informs the Court unequivocally at the hearing whether he wishes to represent himself. United States v. Frazier-El, 204 F.3d Cir. 2000); 28 U.S.C. § 1654. Defendant's hearing is set for Tuesday, March 28, 2017, at 9:00 a.m.

As to the government's Motion for *Lafler* Hearing (#29), the Court, having conducted the hearing, has determined that counsel for defendant has communicated to defendant all plea offers. As to the Motion for Peremptory Trial Date (#30), this matter will be tried during the regular May 2017 trial term unless the parties resolve this matter in

1

advance of that term.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the defendant's *pro se* Motion to Challenge Jurisdiction (#33) and Notice of Special Request (#35) are **DENIED**. The government's Motion for *Lafler* Hearing (#29) is **GRANTED** and having held that hearing, the Court determines that all plea offers have been communicated to defendant by his attorney. The government's Motion for Peremptory Trial Date (#30) is **DENIED** and this matter will be tried during the regular May 2017 trial term if not otherwise resolved before that term. Defendant's letter (#34) will be addressed at the hearing at 9:00 a.m. on Tuesday, March 28, 2017.

Signed: March 24, 2017

*[Signature]*

Max O. Cogburn Jr.
United States District Judge