UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00200-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BILLY DARRYL FLOYD,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Continue Trial Date (#49) and Motion to Intervene (#49). The Court will hear oral arguments on those motions at the conclusion of calendar call on Monday, May 15, 2017, at 9:30 a.m. Defendant's personal appearance is required at that hearing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion to Continue Trial Date (#49) and Motion to Intervene (#50) are calendared for hearing at the conclusion of calendar call on Monday, May 15, 2017, at 9:30 a.m. **Defendant's personal appearance is required at that hearing.**

Signed: May 8, 2017

Max O. Cogburn Jr
United States District Judge