RECEIVED
CHARLOTTE, NC

MAY 16 2017

Clerk, US District Court
Western District of NC

3:16cr 200

Form COL

# Violation Warning
## Denial of Rights Under Color of Law

▶ Violation Warning—[18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983]

| | |
|---|---|
| Floyd, Billy Darryl<br>C/O POST OFFICE BOX 1225<br>Indian Trial, North Carolina<br>[28079]<br>Without the United States<br>Injured party's statement: | Name and address of Notice Recipient<br>UNITED STATES OF AMERICA and Attorney and Judges 601 D Street NW STE 7919. Washington, DC 20004 |

**I reserve all rights and demand that the above mentioned Recipient TAKE NOTICE: That**

Retrospective laws, punishing acts committed before the existence of such laws and by them only declared criminal, are oppressive, unjust, and incompatible with liberty, and therefore no ex post facto law shall be enacted. No law taxing retrospectively sales, purchases, or other acts previously done shall be enacted.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.
**Injured party's signature**

▶By: _Floyd Billy Floyd_ | Executed on ▶ May 11, 2017

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a person under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

[18 USC §242] provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States
... shall be fined under this title or imprisoned not more than one year, or both.
[18 USC §245] provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.
[42 USC §1983] provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**
I, _Floyd Billy Floyd_ certify that I personally delivered this notice to above named recipient and address on ___May 11th 2017___ at _____.

Privacy Form COL(01) – Without the United States

Gregory Bailey by USPS & Michael Hatzimichalis by USPS
Max Coughlawn Jr by USPS
Patrick Geobre by USPS

Case 3:16-cr-00200-MOC-DSC Document 67 Filed 05/16/17 Page 1 of 1