UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00200-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Vs. | ) **ORDER** |
| **Billy Darryl Floyd** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the court's own Motion to Remove Defendant from the July 2017 trial calendar. Trial in this matter was set peremptorily for July 17, 2017, and defendant was given notice of that setting both in open court and by way of written Order. When defendant failed to appear for calendar call on July 17, 2017, the court revoked his bond and issued a bench warrant for his arrest. Defendant will now be moved to this court's fugitive docket and, upon his arrest, he will be restored to the next trial docket and there await trial without bond.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter is removed from the July17, 2017, trial term and placed on the fugitive docket. In accordance with 18 U.S.C. § 3161(h)(3)(A), the delay between July 17, 2017, and the trial term on which he is eventually placed after his arrest is excluded from Speedy Trial calculation as the court has determined

that defendant has absented himself to avoid prosecution as provided in 18 U.S.C. § 3161(h)(3)(B).

Signed: July 19, 2017

*[Signature]*

Max O. Cogburn Jr
United States District Judge