US District Court

Western District of North Carolina

401 W Trade St RM 210

Charlotte, NC 28202

RECEIVED
CHARLOTTE, NC

SEP -6 2017

Clerk, US District Court
Western District of NC

RE: 3:16-CR-200

To Whom it may concern,

Please accept my sincerest apologies for any confusion I may have caused regarding the case 3:16-CR-200. It was not my intent to absent myself from the proceedings. It has come to my attention that BILLY DARRYL FLOYD is being sought out to settle the matter at hand.

I must stress however that I am very confused as to whether I was to even return. Forcefully thrown from property with unnecessary force on May 15th, 2017 by approximately 10 Federal Marshals, I was told by them never to return. I would like to accept another chance to settle and close this case.

Sincerely,

*Floyd, Billy DL*

WITHOUT THE UNITED STATES

Floyd, Billy Darryl