# Affidavit of Sovereignty

Equality under the law is paramount, and mandatory by law.

I, Billy Darryl Floyd, a titled sovereign, hereby declare that:

I am competent to manage all my own affairs.

All other entities are incompetent to manage any of my affairs,

and are hereby fired, fired, fired. A sovereign cannot be tried in their own court.

Consistent with the eternal tradition of natural common law, unless I have harmed or violated someone, or their property, I have committed no crime; and am therefore not subject to any penalty.

Thus, be it known to all, in the nature of UCC 1-207, that I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. And furthermore, I do not accept the liability associated with the compelled and pretended "benefit"* of any hidden or unrevealed contract or commercial agreement.

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits"* associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative.

Any such participation does not constitute "acceptance" in contract law, because of the absence of full disclosure of any valid "offer," and voluntary consent without misrepresentation or coercion, under contract law. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, ab initio.

Typical examples of such compelled and pretended "benefits"* are:

1. Birth Certificate.

The fact that a birth certificate was granted to me by a local hospital or government agency when I entered this world, is irrelevant to my Sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides only hearsay date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any legal meaning, as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind. My birth certificates (warehouse receipts) have been redeemed (accepted for value) in a UCC-1 filing, signed on date 9/19/2016, received and recorded by Mark Martin Secretary of State Department of Arkansas, on date 9/26/2016, Filing Number 7797288001, and therefore none hold any claim to either my straw-man nor to my natural self.

2. The use of an identification number from a government agency.

The number normally assigned to persons of subject status, I use exceptionally, under duress, only because of the extreme inconvenience of operating without one in today's marketplace, where it is requested by banks, employers, lenders, and many other government agencies and businesses. My reason for using it is not because I wish to participate in the system, as I don't wish to participate. Let it be known that I use the number assigned to me for information only, if at all.

3. The use of fiat currency to discharge my debts.

I have used these only because in this country, there is no other widely recognized currency.

4. The use of a bank account, with my signature on the bank signature card.

If there is any hidden contract behind the bank signature card, my signature thereon gives no validity to it. The signature is only for verification of identity. I can be obligated to

fulfill no hidden or unrevealed contract whatsoever, due to the absence of full disclosure and voluntary consent.

Likewise, my use of the bank account thereof is due to the absence of a bank not associated with the central bank system. In general, people have been prevented from issuing their own currencies, and such prevention is in violation of the national constitution. Were there an alternative, I would be happy to use it. To not use any bank at all is impossible or very difficult, as everyone knows, in today's marketplace.

5. Past tax returns, 1099's, or W-9's filed.

Any tax forms I may have filed or were issued to/in relation to the government issued identification number in the past, were filed due to the dishonest atmosphere of fear and intimidation created by the tax collector and the local assessors' offices; not because there is any law requiring anyone to do so. Once I discovered the tax agencies are lying to the public, I have felt it is my responsible duty to society to terminate my voluntary participation. Because such returns/forms were filed under Threat, Duress, and Coercion (TDC), and no two-way contract was ever signed with full disclosure, there is nothing in any past filing of returns/forms that created any valid contract. Therefore, no legal obligation on my part was ever created.

6. The use of a driver's license.

As a free Sovereign, there is no legal requirement for me to have such a license, for travelling in my car, as technically, the unrevealed legal purpose of driver's licenses is commercial in nature. Since I don't carry passengers or freight for hire, there is no law requiring me to have a license to travel for my own pleasure and that of my family and friends. However, because of the lack of education of police officers on this matter, should I be stopped for any reason and found to be without a license, it is likely I would be harassed. Therefore under duress, I carry a "license" to avoid extreme inconvenience.

7. State plates on my car.

Similarly, even though technically, my car does not fit the legal definition of a "motor vehicle", which is used for commercial purposes, nevertheless, I have registered it with the state and carry the state plates on it, because to have any other plates or no plates at all, causes me the risk of police officer harassment and extreme inconvenience.

## 8. Declaration of citizenship.

Any document I may have ever signed, in which I answered "yes" to the question, "Are you a United States citizen?" -- cannot be used to compromise my status as a Sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no legally binding contract. **I make no allegiance to any earthly government, I am neutral to all. " I, billy darryl floyd, being duly sworn, hereby declare my intention to be an Irish national but not a citizen of the United States."**

## 9. Past voter registration.

Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the requirements for the supposed "privilege" to vote for government officials, any such previous registration on my part cannot be legal evidence of any obligation to perform. Likewise, I have granted NO jurisdiction over me, to any political office. It is my inherent right to vote on elections or issues that I feel affect all of society; NOT because I need anyone to rule over me. On the contrary -- I have used the voting process only to instruct my public servants what a Citizen and Sovereign would like done.

## 10. Children in public school.

The attendance of my children in government-supported "public" schools or government-controlled "private" schools does not create any legal tax obligation for me, or any other legal obligation, because I never signed a contract agreeing to such obligation for the supposed "privilege" of public school attendance.

If any of my children have attended government supported "public" or controlled "private" schools, such was done under duress and not out of free will. Be it known that I regard "compulsory state education" as a violation of the natural and universal common law of freedom of choice.

11. Use of semantics.

There are some immature people with mental imbalances, such as the craving to dominate over other people, who masquerade as "government." Just because they alter definitions of words in the law books to their supposed advantage, doesn't mean we have to accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee," "income," and, many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

Because the courts have become entangled in the game of semantics, be it known to all courts and all parties, that if I ever signed any document or spoke any words on record, using words defined by twists in the law books different from the common usage, there can be no effect whatsoever on my Sovereign status in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the meaning in the common dictionary differs from the meaning in the law dictionary, it is the meaning in the common dictionary that prevails, because it is more trustworthy.

*Such compelled and supposed "benefits"* include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits"* is under duress only, and is with full reservation of all my common law rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled "benefits" may be temporary, until better alternatives become available, practical, and widely recognized.

# FEDERAL JURISDICTION

It is further relevant to this affidavit that any violation of my Rights, Freedom, or Property by the federal government, or any agent thereof, would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the U.S. federal government is defined by Article 1, Section 8, Clause 17 of the U.S. Constitution, quoted as follows:

> "The Congress shall have the power . . . To exercise <u>exclusive legislation in all cases whatsoever, over such a district (NOT EXCEEDING TEN MILES SQUARE)</u> as may, by cession of particular states and the acceptance of Congress, become the _, [District of Columbia] and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the Erection of Forts, Magazines, Arsenals, dock yards and other needful Buildings; And -- To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers . . ."

and Article IV, Section 3, Clause 2:

> "The Congress shall have the Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any claims of the United States, or of any particular State.

" The definition of the "United States" being used here, then, is limited to its **territories:**

1. The District of Columbia
2. Commonwealth of Puerto Rico
3. U.S. Virgin Islands
4. Guam
5. American Samoa
6. Northern Mariana Islands
7. Trust Territory of the Pacific Islands

9. Federal agencies within the 50 states (including U.S. Post Offices)

It does **not** include the 50 states **themselves** , as is confirmed by the following cities:

"We have in our political system a Government of the United States and a government of the several States. Each one of these governments is distinct from the others, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizen of the United States and a Citizen of a State, but his rights of citizenship under one of these governments will be different from those he has under the other." -- Slaughter House Cases United States vs. Cruikshank, 92 U.S. 542 (1875)
"THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH RESPECT TO A STATE." Volume 20; Corpus Juris Sec. Section 1785: NY re: Merriam 36 N.E. 505 1441 S.Ct.1973, 41 L.Ed.287.

This is further confirmed by the following quote from the Internal Revenue Service:

> Federal jurisdiction "includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa." -- Internal Revenue Code Section 312(e)

In **legal** terminology, the word **"includes"** means **"is limited to"**.

When referring to this "District" United States, the Internal Revenue Code uses the term **"WITHIN"** the United States. When referring to the 50 States, the Internal Revenue Code uses the term **"WITHOUT"** the United States.

Dozens, perhaps hundreds, of court cases prove that federal jurisdiction is limited to the few federal territory areas above indicated. For example, in two Supreme Court cases, it was decided:

> "The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are

computer software making it impossible to receive necessary communications at my mailing location rather than at a federal zone "address". This is further enforced under Threat, Duress and Coercion in that the local Postal Office refuses to deliver to "General Delivery" for longer than 30 days.

Thus, be it known to all, in the nature of UCC 1-207, that I reserve my natural common law right not to be compelled to perform under any contract of adhesion that I did not enter into knowingly, voluntarily, and intentionally. And furthermore, I do not accept the liability associated with the compelled and pretended "benefit"* of any hidden or unrevealed contract or commercial agreement, and specifically I refuse to be included in any federal zone.

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any the supposed "benefits"* associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative.

# REVOCATION OF POWER OF ATTORNEY

Furthermore, I hereby revoke, rescind, and make void ab initio, all powers of attorney, in fact or otherwise, implied in law or otherwise, signed by me or anyone else, as it pertains to the government identification number previously assigned to me, as it pertains to my birth certificate, or any other licenses or certificates issued by any and all government or quasi-governmental entities, due to the use of various elements of fraud by said agencies to attempt to deprive me of my Sovereignty or property. And, let it be known by all immigration clerks and the Secretaries of State for now, and forever I am not and nor will ever be a U.S. Citizen or U.S. National. You have three (3) days to bring forth your proof that I am.

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit"* or gratuity associated with any of the aforementioned licenses, numbers, or certificates. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertains to

any and all property, real or private, corporeal or incorporeal, obtained in the past, present, or future. I am the sole legal owner and possess allodial title to any and all such property, including but not limited to my physical human body.

I affirm that all the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affix my own signature to all the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion.

THE USE OF THE NOTARY BELOW IS FOR IDENTIFICATION, AND SUCH USE DOES NOT GRANT ANY JURISDICTION TO ANYONE.

**FURTHER AFFIANT SAITH NAUGHT.**

Subscribed and sworn, without prejudice, as said in the Uniform Commercial Code 1-207,

_Floyd Billy Dsl_, Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.
My hand and Mark as Subscriber

Date ___9/5/17___
Common Law Seal of Natural Person ___Floyd Billy Dayl___
Signing by Accommodation for ___BILLY DARRYL FLOYD___

On this ___5___ day of ___Sept___, year ___2017___, before me, the undersigned, a Notary Public in and for _____, personally appeared the above signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that she has executed the same. Signed _Navinchandra Amin_
Printed Name ___NAVINCHANDRA AMIN___
Date ___9-5-2017___
My Commission Expires ___My Commission Expires September 29, 2021___