RECEIVED
CHARLOTTE, NC
OCT 11 2017
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:16-CR-200 |
| | ) | |
| V. | ) | NOTICE OF MOTION |
| | ) | PRE-TRIAL |
| Floyd, Billy Darryl Natural Person | ) | |
| dba. BILLY DARRYL FLOYD | ) | |
| Defendant | ) | |
| | ) | |

## MOTION ORDERING PRESENCE OF PLAINTIFF

I Floyd, Billy Darryl, a man, require the plaintiff appear in court for the trial proceedings.

I offer remedy to all verified claims.

_____
WITHOUT THE UNITED STATES
Floyd, Billy Darryl

Notice of Appearance : Billy Darryl Floyd Beneficial Owner 1 st Lien Holder of FLOYD, BILLY DARRYL Estate d/b/a BILLY DARRYL FLOYD©®™

## CERTIFICATE OF SERVICE

I, Billy Darryl Floyd natural person for BILLY DARRYL FLOYD, is to certify that I have this day served the person listed below with this **NOTICE OF PRE-TRIAL MOTION :** by USPS Delivery thereon to ensure delivery: Dated this 1st day of October, 2017

UNITED STATES PROSECUTOR
Gregory Bailey
601 D Street NW STE 7919
WASHINGTON, DC 20004

CLERK OF COURT
Frank G Johns
401 W Trade St, Rm 210
Charlotte, NC 28202

_____
Billy Darryl Floyd, registered Owner
of FLOYD, BILLY DARRYL corp. sole
Dba BILLY DARRYL FLOYD
c/o P.O. BOX 1225
Indian Trail [North Carolina] state Republic
Near; [28079]