| Form 4549 | Department of the Treasury - Internal Revenue Service | | Page 1 of 2 |
|---|---|---|---|
| Name and Address of Taxpayer | Income Tax Examination Changes | | |
| BILLY D FLOYD | SS or EI Number | | Return Form No: |
| | 8260 | | 1040 |
| INDIAN TRAIL NC 28079-1225 | Person with whom examination changes were discussed. | Name and Title: | |
| 1. Adjustments to Income | Period End 12/31/1999 | Period End | Period End |
| a. SE AGI Adjustment | (4,193.00) | | |
| b. Standard Deduction | (3,600.00) | | |
| c. Exemptions | (2,750.00) | | |
| d. 1099-MISC INCOME-DUNCAN CONSTRUCTION COMPAN | 27,571.00 | | |
| e. 1099-MISC INCOME-TRI COUNTY WASTER WATERS MG | 1,017.00 | | |
| f. 1099-MISC INCOME-ASA STANFORD BUILDER | 28,264.00 | | |
| g. 1099-MISC INCOME-RORIE II HOMES INC | 2,500.00 | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 48,809.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | | |
| 4. Corrected Taxable Income | 48,809.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | Married Separate | | |
| 5. Tax | 10,873.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 10,873.00 | | |
| 8. Less Credits a. b. c. d. | | | RECEIVED IN CORRES IRS - OSC / 520 JUN 06 2002 OGDEN, UTAH |
| 9. Balance (Line 7 less total of lines 8a through 8d) | 10,873.00 | | |
| 10. Plus Other Taxes a. Self Employment Tax b. c. d. | 8,386.00 | | |
| 11. Total Corrected Tax Liability (line 9 plus line 10a - 10d) | 19,259.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| 13. Adjustments to: a. Special Fuels Credit b. c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | 19,259.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or (Overpayment) (Line 14 adjusted by Line 15) ( Excluding interest and penalties) | 19,259.00 | | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Version 3.00.00

Form CG-4549

**Government Exhibit Sentencing 1**

| Form **4549** | Department of the Treasury - Internal Revenue Service | Page 2 of 2 |
|---|---|---|
| | **Income Tax Examination Changes** | |
| Name and Address of Taxpayer<br>BILLY D FLOYD | SS or EI Number<br>8260 | Return Form No:<br>1040 |

| 17. Penalties | Period End 12/31/1999 | Period End | Period End |
|---|---|---|---|
| a. Delq-IRC 6651(a)(1) | 4,814.75 | | |
| b. Estimated Tax-IRC 6654 | 932.03 | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | 5,746.78 | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 0.00 | | |

Handwritten annotation across penalties section: "Conditionally Accepted 31) 2002 and Billy Civil [signature] Billy D Floyd Ein #" "8260"

19. Summary of Taxes, Penalties and Interest:
a. Balance due or Overpayment Taxes – Line 16, Page 1          19,259.00
b. Penalties (Line 18, Page 2)-computed to 04/11/2002            5,746.78
c. Interest (IRC§ 6601)-computed to 05/11/2002                   4,258.40
d. TMT Interest – computed 5/11/2002 on TMT underpayment            0.00
e. Amount due or refund (sum of lines a, b, c and d)            29,264.18

Other Information:

RECEIVED IN CORRES
IRS - OSC / 520
JUN 0 6 2002
OGDEN, UTAH

| Examiner's Signature:<br>Ms. Best | Employee ID: | Office:<br>1-866-899-9083 ext. | Date:<br>04/11/2002 |
|---|---|---|---|

Consent to Assessment and Collection — I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager or Director of Field Operations

| PLEASE NOTE: If a joint return was filed, BOTH taxpayers must sign | Signature of Taxpayer | Date | Signature of Taxpayer | Date |
|---|---|---|---|---|
| By: | | Title | | Date |

RGS Version 3.00.00                                          Form CG-4549