Billy Darryl Floyd

Indian Trail, North Carolina 28079

Registered Mail # RA 195 872 900 US

May 31, 2002

**PRIVATE**
THIS IS NOT A PUBLIC
COMMUNICATION

Government Exhibit
Sentencing 2

RE: Letter 1862 (SC) dated April 18, 2002; Envelope, Examination Report (2); Publications 1, 5, 594; and Notice 609
Account            -8260

Dennis L. Paiz
c/o Internal Revenue Service
1973 North Rulon White Blvd.
Ogden, Utah 84201

RECEIVED IN CORRES
IRS - OSC / 520

JUN 0 6 2002

OGDEN, UTAH

Dear Mr. Paiz:

    I have had an opportunity to review your previous requests for performance and have determined that I need more information before proceeding; therefore, as I may have made mistakes in handling this matter, at this time I withdraw all previous requests, claims or defenses I may have sent to you or to anyone in your organization by mistake. It is not my intent to argue or protest anything you have said or demanded; nor is it my intent to dishonor you in any way. I hereby timely and conditionally accept your demand and am prepared to carry out your request upon verification by you that I have an obligation to give you information, file a return, or pay a tax. I am not in possession of documentation with my valid signature showing I have agreed to or am contractually required to give you information or file a return or pay a tax, nor have I determined that I have engaged in an activity or event that has been taxed by an Act of Congress for revenue purposes of the United States. Your presentment dated April 18, 2002 is accepted for value and attached hereto.

    Contacting me again without first properly documenting that I have an obligation to you regarding your account #          -8260, will establish that you intended to use interstate communications in a scheme of fraud by using threat, intimidation, deception, and /or enticement to coerce me to commit some act creating a legal disability where none exists.

    The requested accounting documentation proving your claim must be mailed to me in fourteen (14) days, or I will expect to never hear from you again, and the matter will be finally and totally settled. Be sure to include in the accounting documentation proving your claim, all related documents that verify that you have authority to enforce an instrument, including without limitation, certified copies of documents showing:

1. In 1999 BILLY D FLOYD was engaged in an activity or event that has been taxed by an Act of Congress,

2. BILLY D FLOYD received sufficient income in 1999 to create a federal tax liability,

3. You are or represent a bona fide creditor in a collection process,

4. The name, address, and telephone number of the bona fide creditor if you are an agent,

5. Your registered claim showing BILLY D FLOYD as the debtor and said bona fide creditor as the secured party and dated prior to 11/17/99 the date of my registered claim against the same debtor, and

6. The security agreement supporting said registered claim bearing my signature.

Your failure to accept my offer and to produce the requested documentation will constitute your stipulation that BILLY D FLOYD have no duty to give you information, file a return, or pay a tax and that you have no right to pursue collection. Your failure to accept and carry out my request will also constitute your dishonor of my request, your estoppel by acquiescence, and your agreement to pay me:

(a) $1000.00 for each communication you or your organization cause to be sent to me or to BILLY D FLOYD regarding your unsubstantiated claim

(b) $10,000.00 for each day my liberty is restrained as a result of your dishonor of my acceptance and request for proof of your claim, and

(c) three times the value of all property held in the name of BILLY D FLOYD that is taken by you or your organization without first proving your claim.

**STATEMENT OF ACCOUNT:** My records indicate as of this date, the aggregate amount of unpaid obligations for account # 8260 for all years through 2001 is zero.

Additionally, I hereby request the following:

7. an accounting of account # 8260

8. an approval or correction of my statement that there is no collateral securing the debt you claim is owed to you or your organization by BILLY D FLOYD

9. your approval or correction of my STATEMENT OF ACCOUNT

North Carolina state law requires you to comply within 14 days after your receipt of this acceptance and request for you to provide the information in items #7, 8, and 9 above; and I will expect you to provide the remainder of the documentation proving your claim by the same date. This is a private presentment to you in your individual capacity and is intended to effect an out-of-court settlement of this matter. I reserve the right to use notarial protest to commercially conclude this matter. Conduct yourself accordingly.

Sincerely,

*Billy Darryl Floyd*
Billy Darryl Floyd

Billy Darryl Floyd                                          Dated: May 31, 2002

Indian Trail, North Carolina  28079

North Carolina        )
                      ) ss    Declaration by Affidavit in Support of Conditional Acceptance
Union County          )

Having been duly sworn, Affiant declares the following:

1. Billy Darryl Floyd, Affiant, is competent to state to the matters included in this declaration, has knowledge of the facts, and hereby declares that to the best of Affiant's knowledge, the statements made in this affidavit are true, correct, complete, and not meant to mislead, and are made under full commercial liability.

2. Affiant is not in possession of documentation that proves Mr. Paiz's (Respondent) claim that Internal Revenue Code sections 6001, 6011, 6012(a) and their regulations apply to Affiant.

3. Affiant is not in possession of documentation that proves Mr. Paiz's claim that in 1999 Affiant was engaged in an activity or event that has been taxed by an Act of Congress.

4. Affiant is not in possession of documentation that proves Mr. Paiz's claim that Affiant received income sufficient to create a federal tax liability for 1999.

5. Affiant is not in possession of documentation that proves Mr. Paiz's claim that Mr. Paiz is or represents a bona fide creditor in a collection process.

6. Affiant is not in possession of the name, address, and telephone number of the bona fide creditor if Mr. Paiz is an agent.

7. Affiant is not in possession of a registered claim showing BILLY D FLOYD as the debtor and Mr. Paiz or said bona fide creditor as the secured party and dated prior to 11/17/99 the date of my registered claim against the same debtor.

8. Affiant is not in possession of a security agreement supporting said registered claim bearing Affiant's signature.

Further Affiant sayeth not.

_____
Billy Darryl Floyd, Affiant

North Carolina              )
                            ) ss    ACKNOWLEDGEMENT
Union County                )

I, Priscilla E Welsh, a Notary Public for said County and State, do hereby certify that Billy Darryl Floyd personally appeared before me and executed the foregoing. Witness my hand and seal this ____ day of May, 2002.

_____         Feb 3, 2007
Notary Public                     My Commission expires