

**IRS Department of the Treasury
Internal Revenue Service**
PHILADELPHIA, PA 19154-0030

Notice Number: CP 504
Notice Date: 12-15-2008
SSN/EIN:      -8260
Caller ID: 913052

7105 5678 7188 8820 0704

BILLY D FLOYD
INDIAN TRAIL   NC   28079-1225257

*246088260101*

*[Stamped across notice: "Accepted for value April 22, 2009 Billy Darryl Floyd" and "Urgent !!"]*

### We intend to levy on certain assets. Please respond NOW.
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.



**Government Exhibit** — Sentencing 4

### Account Summary

| Form: | CIVPEN | Tax Period: | 12-31-1999 |
|---|---|---|---|

| | |
|---|---|
| Current Balance: | $6,438.68 |
| Includes: | |
| Penalty: | $0.00 |
| Interest: | $438.68 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

Questions? Call us at **1-800-829-0922**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

---

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 12-15-2008

## Pay to the US Treasury

write on your check:

CIVPEN  12-31-1999        8260

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:    $6,438.68

### Six thousand four hundred thirty-eight dollars and 68/100 cents

Internal Revenue Service
KANSAS CITY, MO   64999-0202

BILLY D FLOYD
INDIAN TRAIL   NC   28079-1225257

8260 TW FLOY 55 0 199912 670 00000843868

For the value received by Assignor in the
Within instrument in the amount of $6,438.68

Deposit: $6,438.68 to the United States Treasury
Charge the same to: Internal Revenue Service
Credit the same to: Billy Darryl Floyd          -8260
April 8, 2009

*[signature]*